IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Robert Steve Jolly, | ) | |
| | ) | |
| Plaintiff, | ) | C/A No.: 1:10-874-TLW-SVH |
| | ) | |
| vs. | ) | |
| | ) | |
| Phillip Thompson, Tom Fox, Joey Johnson, Capt. Stafford, Cpl. Jones, and Officer Updegraff, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

Plaintiff, proceeding *pro se*, has brought this action pursuant to 42 U.S.C. § 1 9 8 3 , alleging violations of his constitutional rights while he was a pretrial detainee at J. Reuben Long Detention Center ("JRLDC"). (Doc. # 1). This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Shiva V. Hodges, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In her Report, Magistrate Judge Hodges recommends that the Defendant's Motion for Summary Judgment (Doc. # 40) be granted and that this case be dismissed in its entirety. (Doc. # 49). The Report was filed on June 29, 2011. Plaintiff has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of

1

2

the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 49), Defendant's Motion for Summary Judgment (Doc. # 40) is **GRANTED**, and this case is **DISMISSED** in its entirety.

**IT IS SO ORDERED.**

                                                s/ Terry L. Wooten
                                                **TERRY L. WOOTEN**
                                                **UNITED STATES DISTRICT JUDGE**

August 2, 2011
Florence, South Carolina